UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| WEIMING JIANG, | ) | No. C 08-0332 SI |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation, | ) ) ) ) ) | [PROPOSED] ORDER |
| | ) | |
| Defendants. | ) | |

Before the Court is Defendants' application for an <u>ex parte</u> order requesting that Defendants' opposition to Plaintiff's Motion for Summary Judgment be due 30 days after the Court's determination of Defendants' motion to dismiss. Good cause having been shown, said application is GRANTED, and Defendants' opposition to Plaintiff's Motion for Summary Judgment, currently due on March 28, 2008, shall be due 30 days after the Court's determination of Defendants' motion. Furthermore, the hearing on Plaintiff's Motion for Summary Judgment, currently set for April 18, 2008, shall be postponed until another hearing date can be set after Defendants' opposition to Plaintiffs' Motion for Summary Judgment has been filed.

IT IS SO ORDERED.

San Francisco, California, this ____ day of _____, 2008.

_____
SUSAN ILLSTON
United States District Judge