JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| WEIMING JIANG, | ) | No. C 08-0332 SI |
|                Plaintiff, | ) | |
| v. | ) | |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation, | ) ) ) ) ) | FORMAL REQUEST TO BE EXEMPT FROM ADR PROCESS |
|                Defendants. | ) ) | |

      Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

      Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to Plaintiff's request that this Court compel Defendants to adjudicate the application for naturalization. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed

ADR CERTIFICATION
C 08-0332 SI

from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: April 7, 2008                    Respectfully submitted,

                                        JOSEPH P. RUSSONIELLO
                                      United States Attorney

                                        _____/s/_____
                                        MELANIE L. PROCTOR[1]
                                        Assistant United States Attorney
                                        Attorneys for Defendants

Dated: April 7, 2008                    _____/s/_____
                                        JUSTIN WANG
                                        Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
                                        SUSAN ILLSTON
                                        United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

ADR CERTIFICATION
C 08-0332 SI                    2