1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12 WEIMING JIANG,                    )   No. C 08-0332 SI
                                     )
13              Plaintiff,           )
                                     )
14      v.                           )
                                     )
15 MICHAEL CHERTOFF, Secretary of the)   JOINT CASE MANAGEMENT
   Department of Homeland Security;  )   STATEMENT; PROPOSED ORDER
16 ROBERT S. MUELLER III, Director of the)
   Federal Bureau of Investigation,  )   Date:  April 25, 2008
17                                   )   Time:  2:00 p.m.
                Defendants.          )   Crtrm: 10, 19th Floor
18 _____ )

19      1.    Jurisdiction and Service: Plaintiff brought this Complaint under 28 U.S.C. §§ 1331,

20 1361 and 2201, and 5 U.S.C. § 701 et seq., the Administrative Procedure Act. All parties have been

21 served. Defendants argue that the Court lacks subject matter jurisdiction.

22      2.    Facts: On June 27, 2006, Plaintiff applied for naturalization. Plaintiff's name check

23 is still pending with the Federal Bureau of Investigation; accordingly, he has not yet been

24 interviewed. On January 17, 2008, Plaintiff filed the instant Complaint.

25      3.    Legal Issues: Defendants argue that the Court lacks jurisdiction over the subject

26 matter of this action, and that Plaintiff has failed to state a claim upon which relief may be granted.

27 Plaintiff asks the Court to determine whether the delay at issue is unreasonable.

28 ///

JOINT CASE MANAGEMENT STATEMENT
C 08-0332 SI

1    4.    Motions:

2        a.    Plaintiff's Motion for Summary Judgment

3    On March 13, 2008, Plaintiff moved for summary judgment. On March 18, 2008, Defendants requested the Court to hold Plaintiff's motion for summary judgment in abeyance pending a decision on their anticipated motion to dismiss. The Court has granted that request.

6        b.    Defendants' Motion to Dismiss

7    On March 21, 2008, Defendants moved to dismiss the Complaint for lack of subject matter jurisdiction. Plaintiff opposed the motion, and Defendants have replied to that opposition. Argument will be heard on April 25, 2008.

10    5.    Amendment of Pleadings: None.

11    6.    Evidence Preservation: None.

12    7.    Disclosures: The parties agree that this Court's review will be confined to the administrative record and therefore this proceeding is exempt from the initial disclosure requirements under Fed. R. Civ. P. 26.

15    8.    Discovery: There has been no discovery to date and the parties believe this matter can be resolved without discovery. No experts will be designated.

17    9.    Class Actions: Not applicable.

18    10.    Related Cases: None.

19    11.    Relief: Plaintiff asks that the Court compel Defendants to adjudicate his application for naturalization, and asks for an award of attorneys' fees. This case does not involve damages.

21    12.    Settlement and ADR: The Court granted the parties' Joint Request to Be Exempt From Formal ADR on April 14, 2008.

23    13.    Consent to Magistrate Judge for All Purposes: The parties do not consent to assignment of this case to a United States Magistrate Judge.

25    14.    Other References: None.

26    15.    Narrowing of Issues: None.

27    16.    Expedited Schedule: The parties believe this matter can be solved through the motions.

28    17.    Scheduling: If the Court denies Defendants' Motion to Dismiss, within thirty (30) days

1  of that order, Defendants will file an opposition and cross motion to Plaintiff's stayed motion for
2  summary judgment, and notice a hearing date in accordance with the local rules.
3     18. Trial: None.
4     19. Disclosure of Non-party Interested Entities or Persons: None.
5     20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this
6  matter: None.

7  Dated: April 18, 2008                    Respectfully submitted,

8                                           JOSEPH P. RUSSONIELLO
                                            United States Attorney
9

10                                                  /s/
                                           MELANIE L. PROCTOR[1]
11                                         Assistant United States Attorney
                                           Attorneys for Defendants
12

13
   Dated: April 18, 2008                            /s/
14                                         JUSTIN WANG
                                           Attorney for Plaintiff
15

16                                  **ORDER**

17     Pursuant to stipulation, IT IS SO ORDERED. The Joint Case Management Statement and
18  Proposed Order are hereby adopted by the Court as the Case Management Order for the case.

19  Date:                                  _____
20                                         SUSAN ILLSTON
                                           United States District Judge
21

---

28  [1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

JOINT CASE MANAGEMENT STATEMENT
C 08-0332 SI                              3