1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   MELANIE L. PROCTOR (CSBN 228971)
    Melanie.Proctor@usdoj.gov
4   Assistant United States Attorney

5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
6       Telephone: (415) 436-6730
        FAX: (415) 436-7169
7
    Attorneys for Defendants
8
                        UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN FRANCISCO DIVISION
11
    WEIMING JIANG,                    )       No. C 08-0332 SI
12                                    )
                       Plaintiff,     )
13                                    )
            v.                        )
14                                    )
    MICHAEL CHERTOFF, Secretary of the )      STIPULATION TO VACATE CASE
15  Department of Homeland Security;  )       MANAGEMENT CONFERENCE;
    ROBERT S. MUELLER III, Director of the )  PROPOSED ORDER
16  Federal Bureau of Investigation,  )
                                      )
17                     Defendants.    )
    _____ )
18

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

    STIPULATION
    C 08-0332 SI                    1

1      The parties have submitted a joint case management statement, and proposed a briefing

2   schedule therein.   The parties do not have any disputes that would be resolved at a Case

3   Management Conference; accordingly, the parties hereby stipulate, subject to approval of the Court,

4   to adopt the filed Case Management Statement without need for a Case Management Conference,

5   and to VACATE the Case Management Conference scheduled for April 25, 2008.

6   Dated: April 18, 2008                     Respectfully submitted,

7                                             JOSEPH P. RUSSONIELLO
                                              United States Attorney
8

9                                             _____/s/_____
10                                            MELANIE L. PROCTOR[1]
                                              Assistant United States Attorney
11                                            Attorneys for Defendants

12

13  Dated: April 18, 2008                     _____/s/_____
                                              JUSTIN WANG
14                                            Attorney for Plaintiff

15                                    **ORDER**

16

17      Pursuant to stipulation, IT IS SO ORDERED.  The Case Management Conference scheduled

18  for April 25, 2008, is hereby VACATED.  The Joint Case Management Statement and Proposed

19  Order are hereby adopted by the Court as the Case Management Order for the case.

20

21  Dated:

22                                            _____
                                              SUSAN ILLSTON
23                                            United States District Judge

24

25

26

27  _____

28      [1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any
    signatures indicated by a "conformed" signature (/S/) within this efiled document.