1  JUSTIN X. WANG (CSB #166183)
   **BAUGHMAN & WANG**
2  111 Pine Street, Suite 1350
   San Francisco, California 94111
3  Telephone: (415) 576-9923
   Facsimile: (415) 576-9929
4
   Attorney for Plaintiff
5
   Weiming JIANG
6
                    **UNITED STATES DISTRICT COURT**
7
                    **NORTHERN DISTRICT OF CALIFORNIA**
8
   Weiming JIANG                    ) Case No.: C 08-0332 SI
9                                   )
                                    )
10              Plaintiff,           )
                                    )
11 Michael Chertoff, Secretary of the Department ) 
   of Homeland Security;            ) **STIPULATION OF DISMISSAL;**
12 Robert S. Mueller, Director of Federal Bureau ) **AND [PROPOSED] ORDER**
   of Investigation.                )
13              Defendants.          )
                                    )
14 ─────────────────────────────────

15         Plaintiff, by and through his attorney of record, and Defendants, by the through their attorneys of

16 record, hereby stipulate, subject to the approval of the Court, to dismissal without prejudice, and to vacate

17 the motion hearing for summary judgment scheduled for August 15, 2008.

18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ─────────────────────────────────
   Case No.: C 08-0332 SI
   Stipulation of Dismissal

   N:\mproctor2\Cases\Natz\Jiang, Weiming\STIPULATION OF DISMISSAL.wpd

Each of the parties shall pay their own costs and fees.

Dated: July 1, 2008

Respectfully submitted,

*/s/ Justin X. Wang*

JUSTIN X. WANG
Attorney for Plaintiff

Dated: July 1, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

*/s/ Melanie L. Proctor*

MELANIE L. PROCTOR
Assistant U.S. Attorney
Attorneys for Defendants

## ORDER

Pursuant to the stipulation, IT IS SO ORDERED. All pending motions, deadlines, and hearings are hereby VACATED. The Clerk shall close the file.

DATED: _____

*/s/ Susan Illston*

SUSAN ILLSTON
United States District Judge

Case No.: C 08-0332 SI
Stipulation of Dismissal

2

N:\mproctor2\Cases\Natz\Jiang, Weiming\STIPULATION OF DISMISSAL.wpd